UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 29, 2016

MEMO TO COUNSEL RE: Melonie Brotherton v. Costco Wholesale Corp.
Civil No. JFM-16-1479

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion in limine.

The motion (document 10) is denied. I am satisfied that the disclosures made by Doctors Hoffberg, Thomas, and Sheppard are sufficient. To the extent that plaintiff wants to clarify the responses, it may depose the doctors.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge